UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Clifford Stubbs,

                    Petitioner

v.

State of Nevada, et al.,

                    Respondents

Case No. 2:25-cv-01434-CDS-MDC

**Order Denying Petitioner's Application to Proceed *in Forma Pauperis***

[ECF No. 1]

Clifford Stubbs has submitted a pro se petition for writ of habeas corpus and an application to proceed *in forma pauperis* to this Court. ECF Nos. 1, 1-1. Based on the current information about the petitioner's financial status, including any additional information he may have provided, I find that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

I therefore order that petitioner's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee **[ECF No. 1] is denied**. Petitioner has 30 days from the date this order is entered—no later than October 17, 2025—in which to have the $5.00 filing fee sent to the Clerk of Court. Failure to pay the filing fee within 30 days may result in the dismissal of this action without prejudice and without further prior notice. The Clerk is directed to retain the petition but not file it at this time.

Dated: September 18, 2025

Cristina D. Silva
United States District Judge